# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEAN ESSINGTON, ADMINISTRATOR OF THE ESTATE OF DAVID ESSINGTON, DECEASED | : | No. 405 MAL 2023 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| MONROE COUNTY TRANSIT AUTHORITY, A POCONO COUNTRY PLACE PROPERTY OWNERS ASSOCIATION, INC. A/K/A A POCONO COUNTRY PLACE PROPERTY OWNERS ASSOCIATION AND COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION | : | |
| | : | |
| v. | : | |
| | : | |
| JOAQUIN ACEVEDO-SOLTREN | : | |
| | : | |
| PETITION OF: SEAN ESSINGTON, ADMINISTRATOR OF THE ESTATE OF DAVID ESSINGTON, DECEASED | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.